4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVI[S]

Case: 2:26-cr-20755
Assigned To : DeClercq, Susan K.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 11/5/2026
Description: INDI USA V. PALAZZOLO (CC)

UNITED STATES OF AMERICA,

v.

Violation: 18 U.S.C. § 875(c)

ANTHONY PALAZZOLO,

Defendant.
_______________________________/

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
18 U.S.C. § 875(c)
*Interstate Communications—Threats*

On or about October 8, 2026, in the Eastern District of Michigan, Southern Division, the defendant, ANTHONY PALAZZOLO, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another for the purpose of making a threat, with knowledge that the communications would be viewed as a threat, and with reckless disregard that the communications would be viewed as a threat; that is, the defendant, ANTHONY PALAZZOLO, used the internet to transmit a message to Victim-1 in which he stated he "put a hit on [Victim-1]" and that "[Victim-2] he a dead mf too," in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of Count One of this Indictment, in violation of 18 U.S.C. § 875(c), the defendant shall forfeit to the United States his interest in any property, real or personal, which constitutes or is derived from proceeds traceable to its offense.

Forfeiture includes, but is not limited to, a personal forfeiture money judgment against the defendant, in favor of the United States, in an amount representing the gross proceedings obtained by the defendant as a result of his violation of Count One of this Indictment, a violation 18 U.S.C. § 875(c).

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/Mark Bilkovic*
MARK BILKOVIC
Assistant United States Attorney
Chief, Violent and Major Crimes Unit

*s/Eaton Brown*
EATON P. BROWN
Assistant United States Attorney

Dated: November 5, 2026

Case: 2:26-cr-20755
Assigned To : DeClercq, Susan K.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 11/5/2026
Description: INDI USA V. PALAZZOLO (CC)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** *EB* |

**Case Title:** USA v. Anthony Palazzolo

**County where offense occurred :** Macomb

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30655 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 5, 2026
Date

*s/Eaton Brown*

Eaton Brown
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9184
Fax:
E-Mail address: eaton.brown@usdoj.gov
Attorney Bar #: P66003

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.